Commonwealth *v.* Southworth, Appellant.

Submitted April 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*John J. Duffy,* for appellant.

*A. Thomas Parke, III,* First Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 12, 1971:
Judgment of sentence affirmed.